UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20118-CIV-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ONE BAJA MARINE VESSEL REGISTERED
AS FL 608JP AND INVENTORY,
    Defendant.
_____/

## AMENDED REFERRAL TO MAGISTRATE

Pursuant to the parties' Election to Jurisdiction by a Magistrate Judge for Final Disposition of Motions [DE 13-3], it is

Ordered that pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL DISCOVERY, ALL MOTIONS FOR ATTORNEYS' FEES, COSTS AND SANCTIONS, ALL MOTIONS TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT** are referred to Magistrate Judge John O'Sullivan for appropriate resolution. DISCOVERY DISPUTES THAT REQUIRE COURT INTERVENTION SHALL FOLLOW THE PROCEDURES SET OUT ON ATTACHMENT A TO THIS ORDER. It shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge O'Sullivan on the case number caption (i.e., Case No. 99-1234-CIV-SEITZ/O'SULLIVAN) and that courtesy copies of such materials shall be directed to his Chambers.

DONE AND ORDERED in Miami, Florida, this 2nd day of June, 2008.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    The Honorable John O'Sullivan
        Counsel of Record