UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20118-CIV-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 28' BAJA MARINE VESSEL
REGISTERED AS FL 6082 JP AND
INVENTORY,

    Defendant.
_____/

### ORDER VACATING ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon the government's Response to the Court's Order to Show Cause [DE-19]. The parties had not selected a place, date, and time for mediation, pursuant to Paragraphs 4 of this Court's May 30, 2008 Order [DE-14]. Following the issuance of the Court's August 12, 2008 Order to Show Cause [DE-19], the parties scheduled mediation to take place on September 25, 2008. *See* [DE-23]. Accordingly, it is hereby

ORDERED that the Court's August 12, 2008 Order to Show Cause [DE-19] is VACATED.

DONE and ORDERED in Miami, Florida, this 12 day of September, 2008.

                                                      PATRICIA A. SEITZ
                                                     UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record